■ In the Matter of NIAGARA VEST, INC., Petitioner, v ALLOY BRIQUETTING CORPORATION, Respondent. (Action No. 1.) ALLOY BRIQUETTING CORPORATION, Appellant, v NIAGARA VEST, INC., Defendant, and UNIVERSAL PROCESS EQUIPMENT CO., INC., et al., Respondents. (Action No. 2.) [600 NYS2d 589] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted the motion of defendants Universal Process Equipment Co., Inc., and Johnson Machinery Corp. for summary judgment dismissing plaintiff's complaint against

them. Defendants presented evidence in admissible form sufficient to prove as a matter of law that defendant Niagara Vest, Inc., had a corporate existence separate from theirs and did not function merely as their alter ego *(see, Billy v Consolidated Mach. Tool Corp.,* 51 NY2d 152, 163; *Port Chester Elec. Constr. Corp. v Atlas,* 40 NY2d 652, 657; *Matter of Gifford,* 144 AD2d 742, 744; *Ioviero v Ciga Hotels,* 101 AD2d 852, 853). Plaintiff failed to submit evidence to create a question of fact sufficient to defeat summary judgment. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Summary Judgment.) Present—Denman, P. J., Balio, Lawton, Doerr and Boehm, JJ.